FILED
CLERK, U.S. DISTRICT COURT

DEC - 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RANDY MARTELL BALLARD,<br><br>   Defendant. | Case No. 8:24-mj-00606<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

   The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of supervision; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including alleged commission of a felony offense, that is, possession of cocaine for sale, and a misdemeanor offense, that is, disorderly conduct, use of alcohol, being present in a place where alcohol is the main item for*

*sale, failure to report an arrest, use of cocaine, and unauthorized travel to Mexico; prior criminal history*

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including alleged commission of a felony offense, that is, possession of cocaine for sale, and a misdemeanor offense, that is, disorderly conduct, use of alcohol, being present in a place where alcohol is the main item for sale, failure to report an arrest, use of cocaine, and unauthorized travel to Mexico; prior criminal history*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: December 2, 2024

JOHN D. EARLY
United States Magistrate Judge

2